ITION UNDER 28 USC § 2254 FOR WRI     F
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

| United States District Court | District Hampden County |
|---|---|

| Name John R. Hallums Jr. | Prisoner No. W69281 | Case No. 00-1551 |
|---|---|---|

Place of Confinement

Souza Baranowski Corr Center, Shirley, MA. 01464

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|

V.

John R. Hallums Jr.          05 RI511 1 WGY

The Attorney General of the State of:

Massachusetts

**PETITION**                    MAGISTRATE JUDGE Bowler

1. Name and location of court which entered the judgment of conviction under attack    Hampden County Superior Court.

2. Date of judgment of conviction    March 21, 2001

3. Length of sentence    20 to 30 years

4. Nature of offense involved (all counts)    Home Invasion, Burglary Armed, Assault battery by means Dangerous Weapon, Assault battery with dangerous weapon, Assault battery.

5. What was your plea? (Check one)
   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere   ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐      No ☒   But I wanted to.

8. Did you appeal from the judgment of conviction?
   Yes ☒      No ☐

RECEIPT # _____
AMOUNT $ 5
SUMMONS ISSUED Nil
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 6/6/05

(2)

AO 241 (Rev. 5/85)

9.  If you did appeal, answer the following:

   (a) Name of court _Appeals Court of Massachusetts._

   (b) Result _Denied_

   (c) Date of result and citation, if known _April 2004_

   (d) Grounds raised _That the Comm. did not reach the element of_
_Home Invasion, Armed Assault. Some one Being Push...._
_(On the Back Page)→_

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

     (1) Name of court _The Supreme Judicial court of Massacusetts._

     (2) Result _Denial of FAR application, Denied._

     (3) Date of result and citation, if known _May 30 2004_

     (4) Grounds raised _The same as my direct Appeal, comm._
_did not reach the element of the crime._

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

     (1) Name of court _____

     (2) Result _____

     (3) Date of result and citation, if known _____

     (4) Grounds raised _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒    No ☐

11.  If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _Hampden county superior court_

     (2) Nature of proceeding _Rule 30 Motion_

     (3) Grounds raised _Ineffective of Assistance of Counsel_
_During trial and Appeal, Miscarriage of Justice_
_(On the Back Page)→_

(3)

AO 241 (Rev. 5/85)

Prosecutor made unlawful closing statements during closing Arguments.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result ___Never answered by the Trial Judge___

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☒
(2) Second petition, etc.    Yes ☐    No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.  Ground one: _The Commonwealth did not meet the Elements of home Invasion._

Supporting FACTS (state *briefly* without citing cases or law) _The so called victim was suppose to be in A fight on his porch with three men and was push into his house door and fail inside the hall with the three men, threw all three men out the door at the same time then close the door, and later came back out to chase them._

B.  Ground two: _The Comonpealth did not meet the element of Armed Assault._

Supporting FACTS (state *briefly* without citing cases or law) _There was never a breaking, nor an occupant with in the dwelling during the alleged breaking, nor an intent to commit an independant felony. whether the resident was push against his front door or deliberately retreated, there was no actual breaking in this case._

(5)

AO 241 (Rev. 5/85)

C.     Ground three: Inffective of counsel, and denied effective of assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law) Never no medical record of the victim being beat by three me hit over 20 times with A brick and bottles, gave a state at the Grand Jury and trial he went to the Hospital and was examine by some one. The Trial lawyer Never request these so-called records.

D.     Ground four: Ineffective of Counsel and denied effective of assistance.

Supporting FACTS (state *briefly* without citing cases or law) There was no kind of Investigation at all no plotos of this Porch inside four men combat, no test test of the weapons, ect. Procuters closing statements were unlawful and damaging to the defendant were it effected the outcome of the trial.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

_____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
     Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

     (a)    At preliminary hearing _____

     _____

     (b)    At arraignment and plea _____

     _____

(6)

AO 241 (Rev. 5/85)

(c) At trial _____

_____

(d) At sentencing _____

_____

(e) On appeal _____

_____

(f) In any post–conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post–conviction proceeding _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?

    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐        No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☐        No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____John Hall____Pro Se_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

____05·12·05____
(date)

_____John Hall___Pro Se_____
Signature of Petitioner

(7)