COMMONWEALTH OF MASSACUSETTS

JOHN HALLUMS

V

LOIS RUSSO

NO. _00-1551_

_05-11171-WGY_

PETITIONER FOR MOTION OF STAY UNDER 28 USC § 2254
FOR WRIT OF HABEAS CORPUS

Now comes the defendant John R. Hallums Jr., request that this
Honorable Court grant this motion of stay for the reasons that the
defendant has filed in the lower court a Rule 30, Motion for new
trial and the motion has not been answered and the defendant would
like the Federal Court to review these issues that were not brought
up at his trial and direct Appeal.

1. Ineffective of assistance of counsel at trial and appeal

2. Miscarriage of Justice

3. Unlawful statements by the prosecutor during trial and
closin arguments

4. Civil Rights were violated under the United States
Constitution Six Amendment, Fourteen Amendment, and Massacusetts
Declaration of Rights Article Twelve.

SIGNED UNDRE THE PAINS AND PENALTIES OF PERJURY.

Dated Nav 13. 05

Respectfully Submitted

JOHN R.HALLUMS JR.
P.O. BOX8000
Shirley, MA. 01464