UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
[ ]'S OFFICE

[ ] 27 P 1:40

DISTRICT COURT
DISTRICT OF MASS

HALLUMS

Vs

RUSSO

CIVIL ACTION
No.05cv11171-WGY

PETITION FOR WRIT OF HABEAS CORPUS SECTION 28 U.S.C. 2254(d.)

Now comes the petitioner John Hallums, in the above entitled case and here by moves that this honorable court reopen his case. The petitioner was granted a Motion To Stay No.05cv11171-WGY, until his final resolution in the lower courts of the Commonwealth, I have now exhausted all of my state remedied in the lower courts of Massachusetts, and request for the reopen of Petition for Writ of Habeas Corpus Under Section 28 U.S.C. 2254(d).

Dated 09.21.06

Respectfully Submitted,

John R. Hallums, Pro-Se
1 Administration Road
Bridgewater, MA. 02324

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 6/14/2005 at 7:39 AM EDT and filed on 6/13/2005
Case Name:  Hallums v. Russo
Case Number: 1:05-cv-11171
Filer:
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered. re [1] Petition for writ of habeas corpus (28:2254) filed by John R. Hallums, Jr. and [2] MOTION to Stay re [1] Petition for writ of habeas corpus (28:2254) filed by John R. Hallums, Jr. THIS PETITION IS ORDERED SERVED. THE MOTION FOR STAY IS ALLOWED. THE CASE ORDERED ADMINISTRATIVELY CLOSED. IT MAY BE REOPENED BY EITHER PARTY WITHIN 30 DAYS OF THE FINAL RESOLUTION OF THE RULE 30 MOTION IN THE COURTS OF THE COMMONWEALTH. cc/cl.(Bell, Marie)

The following document(s) are associated with this transaction:


1:05-cv-11171 Notice will be electronically mailed to:

1:05-cv-11171 Notice will not be electronically mailed to:

John R. Hallums, Jr
W69281
Souza Baranowski Correctional Institute
P.O. Box 8000
Shirley, MA 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05cv11171-WGY

JOHN R. HALLUMS, JR.
Petitioner

v.

LOIS RUSSO
Respondent

ORDER

YOUNG, C.J.

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.
    It is further ordered that the Respondent shall, within 20 days of the receipt of this Order, file and answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.
    This Court further requests the Respondent, as part of the return, to file such documents which reflect on issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

By the Court,

/s/ Marie Bell
Deputy Clerk

June 13, 2005

# Commonwealth of Massachusetts

Appeals Court for the Commonwealth

At Boston,

In the case no. 05-P-994

COMMONWEALTH

vs.

JOHN HALLUMS.

Pending in the Superior

Court for the County of Hampden

Ordered, that the following entry be made in the docket:

> Order denying motion for new trial affirmed.

By the Court,

_____ Ast. Clerk

Date / June 7, 2006

NOTE:
The original of the within rescript will issue in due course, pursuant to M.R.A.P 23
APPEALS COURT

# Supreme Judicial Court for the Commonwealth of Massachusetts
## John Adams Courthouse
One Pemberton Square, Suite 1400, Boston, Massachusetts 02108-1724
Telephone 617-557-1020, Fax 617-557-1145

John Hallums
Old Coloney Correctional Center
One Administration Road
Bridgewater, MA 02324

RE:  Docket No. FAR-15631

**COMMONWEALTH**
    **vs.**
**JOHN HALLUMS**

    Hampden Superior Court No. HDCR2000-01551
    A.C. No. 2005-P-0994

        NOTICE OF DENIAL OF F.A.R. APPLICATION

    Please take note that on 09/11/06, the above-captioned Application for Further Appellate Review was denied.

                                        Susan Mellen, Clerk

Dated: September 11, 2006

To:  Jane Davidson Montori, A.D.A.
     John Hallums