UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 SEP 27 P 1:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

HALLUMS

Vs

RUSSO

CIVIL ACTION
No. cv1117-WGY

## MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the petitioner in the aboved entitled case and hereby moves that this honorable court appoint counsel to represent him on this Petition For Writ Of Habeas Corpus, and any matter with in his case being filed here. The Pauper' Affidavit of petitioner is hereby made part of this Motion.

Dated 09·21·06

Respectfully submitted,

John R. Hallums, Pro-se
One Administration Road
Bridgewater, Ma. 02324