UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 SEP 27 P 1:40

DISTRICT COURT
DISTRICT OF MASS

HALLUMS

VS

RUSSO

CIVIL ACTION
No.cv11171-WGY

AFFIDAVIT OF PETITIONER IN SUPPORT OF MOTION FOR THE APPOINTMENT
OF COUNSEL

 Now comes the petitoner John Hallums, in the request that this honorable court appoint counsel to the petitioner.

 1) On March 2001, I was found guilty of Home Invasion, Armed Assault, Assault and Battery with a Dangerous Weapon, Assault and Battery, in Hampden County, after trial by jury, Judge Ford, was presiding. I was sentence to 20 to 30 years in Prison.

 2) I am presently incarcerated in the Massachusettes D.O.C.

 3) I have limit time to the law library, and a limit of law in the law library.

 4) I am Indigent in my several years incarerated.

 5) My lawyer failed my Direct Appeal, and failed to argue very serious issue. He denied a Rule 30. where I was forced to proceed the Rule 30. Pro-Se.

 6) There is serious injustice, and this is a unique case. The conduct of this case and trial violated my constitutional rights and due process. Iwas convicted of hideous crimes with no physical evidence no one hurt, with no investigation by my defense lawyer or the prosecution. The entire case in whole, the

(AFFIDAVIT PAGE TWO)

opinions, rulings, directions and judgements of the lower and the Appeals courts needs **look** into with a strong eye of the Law. So I desperately need a diligent counsel in helping prepare this **entire case** to this level of court.

Due to all stated above the petitioner wishes that this honorable court honor his request and mercifully appoint him counsel to prepare and present his case.

Dated 09.21.06

Respectfuly Submitted,

John R. Hallums, Pro-Se
1 Administration Road
Bridewater, MA. 02324