MR. JOHN R. HALLUMS, JR., W69281
ONE ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

FILED
CLERKS OFFICE

October 5, 2006  P 4:49

2006 OCT 10

DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office of The Clerk
1 Courthouse Way, Suite #2300
Boston, MA. 02210

RE: Hallums v. Russo, 05cv11171, -WGY

Dear Clerk:

    I am writing to you for clairification concerning the above action. Who is ordered to "ANSWER to the Petition Due Within 20 Days as of the date of the order, myself (Petitioner), or the opposing parties?

    Thank you for your patience and attention to this matter.

Very truly yours,

John R. Hallums, Pro-Se
One Administration Road
Bridgewater, MA. 02324

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Paine, Matthew entered on 9/29/2006 at 3:13 PM EDT and filed on 9/29/2006
Case Name:  Hallums v. Russo
Case Number: 1:05-cv-11171
Filer:
WARNING: CASE CLOSED on 06/14/2005
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered entered [4] Motion to Reopen Case. "Treated as a Motion to Reopen the Case, Motion ALLOWED." ANSWER to the Petition is Due Within 20 Days of the Date of This ORDER. (Paine, Matthew)

The following document(s) are associated with this transaction:


1:05-cv-11171 Notice will be electronically mailed to:

1:05-cv-11171 Notice will not be electronically mailed to:

John R. Hallums, Jr
W69281
One Administration Road
Bridgewater, MA 02324