UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN R. HALLUMS, JR. | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-11171-WGY |
| LOIS RUSSO | ) | |
| Respondent. | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### VOLUME I

1. Docket Sheets, *Commonwealth v. Hallums*, HDCR2000-01551.

2. Defendant's Brief and Record Appendix, *Commonwealth v. Hallums*, Massachusetts Appeals Court No. 2002-P-1181.

3. Commonwealth's Brief, *Commonwealth v. Hallums*, Massachusetts Appeals Court No. 2002-P-1181.

4. Defendant's Reply Brief, *Commonwealth v. Hallums*, Massachusetts Appeals Court No. 2002-P-1181.

5. *Commonwealth v. Hallums*, 61 Mass.App.Ct. 50, 806 N.E.2d 965 (2004).

6. Docket Sheet, *Commonwealth v. Hallums*, Massachusetts Appeals Court No. 2002-P-1181.

7. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Hallums*, FAR-14127.

8. Docket Sheet, *Commonwealth v. Hallums*, Massachusetts Supreme Judicial Court FAR-14127.

9. *Commonwealth v. Hallums*, 442 Mass. 1104, 810 N.E.2d 1229 (2004), denial of the defendant's application for leave to obtain further appellate review.

## VOLUME II

10. Defendant Motion for a New Trial, *Commonwealth v. Hallums*, HDCR2000-01551.

11. Defendant's Brief and Record Appendix, *Commonwealth v. Hallums*, Massachusetts Appeals Court No.2005-P-0994.

12. Commonwealth's Memorandum of Law In Support of Its Motion for Summary Disposition, *Commonwealth v. Hallums*, Massachusetts Appeals Court No.2005-P-0994.

13. Defendant's Reply Brief, *Commonwealth v. Hallums*, Massachusetts Appeals Court No.2005-P-0994.

14. Docket Sheet, *Commonwealth v. Hallums*, Massachusetts Appeals Court No.2005-P-0994.

15. *Commonwealth v. Hallums*, 66 Mass. App. Ct. 1110, 848 N.E.2d 447 (2006).

16. Defendant's Application for Leave to Obtain Further Appellate Review, *Commonwealth v. Hallums*, FAR-15631.

17. Docket Sheet, *Commonwealth v. Hallums*, Supreme Judicial Court FAR-15631.

The trial court transcripts are also enclosed.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General

        /s/ Eva M. Badway
        Eva M. Badway
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2824

Dated: October 30, 2006        BBO # 635431

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2006.

        /s/ Eva M. Badway
        Eva M. Badway