UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN R. HALLUMS, JR. | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11171-WGY |
| | ) | |
| LOIS RUSSO | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Lois Russo, the Superintendent of the Souza-Baranowski

Correctional Center, and hereby respectfully moves this Court to establish December 10, 2006 as

the date for the petitioner to file a Memorandum of Law in Support of the Petition for Habeas

Corpus and January 10, 2007 as the date for the respondent to file a Memorandum of Law in

Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set December 10, 2006 as the day

the Petitioner must file a Memorandum of Law in Support of his Petition for Habeas Corpus and

January 10, 2007 as the day that the Respondent must file a Memorandum of Law in Opposition

thereto.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824

Dated:  October 30, 2006                    BBO # 635431

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2006.

/s/ Eva M. Badway
Eva M. Badway