UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO:05-11191-WGY

JOHN R. HALLUMS, JR.,

VS

LOIS RUSSO

PETITIONER MOTION FOR ENLARGEMENT OF

TIME INWHICH TO FILE MEMORANDUM OF LAW

NOW COMES the petitioner, John R. Hallums, Jr, and respectfully request this Honorable Court to enlarge the time inwhich he can submit a proper memorandum of law in support of his habeas corpus from December 10, 2006 to an enlarged date of January 10, 2007.

In support of this motion the petitioner states as follows:

1. He has a very limited time of access to the law library in this correctional facility he is housed therein.

2. He is pro,se and indigent, thus he needs time to review the law and insure that he is submitting a legally sound brief inaccordence to the laws established to support his grounds for legal review thereby this Honorable court.

WHEREFORE, the petitioner request this Honorable Court enlarge the time inwhich he can prepare a rpoper memorandum of law up until January 10, 2007.

Respectfully submitted,

Dated: 11·27·06

*John Hall*
JOHN R HALLUMS, JR.,
1 Administration Rd
Bridgewater, MA 02324

CERTIFICATE OF SERVICE
I, JOHN R. HALLUMS, JR., HEREBY CERTIFY THAT A TRUE COPY
OF THIS MOTION WAS SENT TO ASSISTANT ATTORNEY GENERAL EVA M. BADWAY
ON NOVEMBER   , 2006 by first class mail at 1 Ashburton Pl, Boston, MA 02108