UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

JOHN HALLUMS

2007 JUN 22  P 12: 23

-vs-

DOCKET NUMBER:
CV-1117-WGY. DISTRICT COURT
DISTRICT OF MASS.

LOIS RUSSO

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, John Hallums, pro se, hereby Appeal

to the United States Court of Appeals for the First Circuit from the judgment

and order denying Petition For Writ Of habeas Corpus entered on June 14, 2007.

RESPECTFULLY SUBMITTED,

John Hallums 6.20.07

JOHN HALLUMS, PRO SE
MCI-OCCC
1 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324-3230

DATED: 6.20.07