JOHN R. HALLUMS JR. #w69281
ONE ADMINISTATION RD.
BRIDGEWATER MA. 02324

FILED
IN CLERKS OFFICE

2007 JUL -2 P 1:20

JUNE 28, 2007

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
Office Of The Clerk
One CourtHouse Way (Suite #2300)
Boston, MA. 02210

RE: HALLUMS V. RUSSO, 05cv11171-WGY

Dear Clerk,

I am writing in the submitting concerning the above action. Enclosed is a copy of my Notice Of Appeal. I did indeed file a Notice Of Appeal on June 20, 2007, and did not receive anykind of repond from the court for the proof of service.

I filing this copy today, can you please send me a copy of Docket Sheet for The Proof Of filing.

Thank You very much for your Atteention on this this very important Matter.

Respectfully Submitted,

John Hallums

John Hallums, Pro-se
1 Administration RD.
Bridgewater, MA. 02324

06.28.07

FILE/JRH.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN HALLUMS

-vs-

LOIS RUSSO

FILED
IN CLERKS OFFICE

2007 JUL -2 P 1: 20

DOCKET NUMBER:
CV-1117-WGY

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, John Hallums, pro se, hereby Appeal to the United States Court of Appeals for the First Circuit from the judgment and order denying Petition For Writ Of habeas Corpus entered on June 14, 2007.

RESPECTFULLY SUBMITTED,

JOHN HALLUMS, PRO SE
MCI-OCCC
1 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324-3230

DATED: 6.20.07

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL -2 P 1: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

(CERTIFICATE OF SERVICE)

I, John R. Hallums, Pro-Se petitioner hereby certify that on this __28__ day of __June__ year __2007__, I did indeed serve copy of the same Notice of Appeal upon the Attorney General Office, Asst. Eva M. BadWay, at One Ashburton Place, Boston MA. 02108, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Respectfully Submitted,

John R. Hallums #W69281
One Administration Rd.
Bridgewater, Ma 02324