UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11171

John Hallums

v.

Lois Russo

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-16

and contained in I & II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/22/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 2, 2007.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7-3-7 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11171-WGY
### Internal Use Only

Hallums v. Russo
Assigned to: Judge William G. Young
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/06/2005
Date Terminated: 06/14/2005
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**John R. Hallums, Jr.**        represented by    **John R. Hallums, Jr.**
W69281
One Administration Road
Bridgewater, MA 02324
PRO SE

V.

**Respondent**

**Lois Russo**        represented by    **Eva M. Badway**
Attorney General's Office
One Ashburton Place
Boston, MA 02108-1698
617-727-2200 x2824
Fax: 671-727-5755
Email: eva.badway@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/06/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 64756, filed by John R. Hallums, Jr.(Bell, Marie) (Entered: 06/07/2005) |
| 06/06/2005 | 2 | MOTION to Stay re 1 Petition for writ of habeas corpus (28:2254) by John R. Hallums, Jr.(Bell, Marie) (Entered: 06/07/2005) |
| 06/06/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge |

| | | |
|---|---|---|
| | | Bowler. (Bell, Marie) (Entered: 06/07/2005) |
| 06/13/2005 | | Judge William G. Young : Electronic ORDER entered. re 1 Petition for writ of habeas corpus (28:2254) filed by John R. Hallums, Jr. and 2 MOTION to Stay re 1 Petition for writ of habeas corpus (28:2254) filed by John R. Hallums, Jr. THIS PETITION IS ORDERED SERVED. THE MOTION FOR STAY IS ALLOWED. THE CASE ORDERED ADMINISTRATIVELY CLOSED. IT MAY BE REOPENED BY EITHER PARTY WITHIN 30 DAYS OF THE FINAL RESOLUTION OF THE RULE 30 MOTION IN THE COURTS OF THE COMMONWEALTH. cc/cl.(Bell, Marie) (Entered: 06/14/2005) |
| 06/13/2005 | 3 | Judge William G. Young : SERVICE ORDER re 2254 Petition ENTERED. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Bell, Marie) (Entered: 06/14/2005) |
| 06/14/2005 | | Civil Case Administratively Closed. (Bell, Marie) (Entered: 06/14/2005) |
| 06/21/2005 | | Return receipt received for mail sent to Lois Russo, Superintendent, SBCC Delivered on 6/13/05 (Bell, Marie) (Entered: 06/21/2005) |
| 06/21/2005 | | Return receipt received for mail sent to Cathryn A. Neaves, Assistant Attorney General Delivered on 6/15/05 (Bell, Marie) (Entered: 06/22/2005) |
| 09/27/2006 | 4 | MOTION to Reopen Case, by John R. Hallums, Jr. (Attachments: # 1 Exhibit)(Paine, Matthew) (Entered: 09/28/2006) |
| 09/27/2006 | 5 | MOTION to Appoint Counsel, by John R. Hallums, Jr.(Paine, Matthew) (Entered: 09/28/2006) |
| 09/27/2006 | 6 | AFFIDAVIT of Petitioner in Support re 5 MOTION to Appoint Counsel. filed by John R. Hallums, Jr. (Paine, Matthew) (Entered: 09/28/2006) |
| 09/29/2006 | | Judge William G. Young : Electronic ORDER entered DENYING 5 Motion to Appoint Counsel. (Paine, Matthew) (Entered: 09/29/2006) |
| 09/29/2006 | | Judge William G. Young : Electronic ORDER entered entered 4 Motion t Reopen Case. "Treated as a Motion to Reopen the Case, Motion ALLOWED." ANSWER to the Petition is Due Within 20 Days of the Da of This ORDER. (Paine, Matthew) (Entered: 09/29/2006) |
| 10/10/2006 | 8 | Letter/request (non-motion) from John R. Hallmus. (Paine, Matthew) (Entered: 10/11/2006) |
| 10/11/2006 | 7 | MOTION for Extension of Time to November 17, 2006 to file a responsive pleading by Lois Russo.(Badway, Eva) (Entered: 10/11/2006) |
| 10/13/2006 | | Judge William G. Young : Electronic ORDER entered GRANTING 7 MOTION for Extension of Time to November 17, 2006 to file a responsive pleading. (Paine, Matthew) (Entered: 10/13/2006) |

| 10/30/2006 | 9 | RESPONSE/ANSWER to *petition for a writ of habeas corpus* by Lois Russo. (Badway, Eva) (Entered: 10/30/2006) |
|---|---|---|
| 10/30/2006 | 10 | NOTICE by Lois Russo *of filing with the clerk's office* (Badway, Eva) (Entered: 10/30/2006) |
| 10/30/2006 | 11 | MOTION for Order to to schedule December 10, 2006 as the date for petitioner to file a memorandum in support of petition for a writ of habeas corpus and January 10, 2007 as the date for the respondent to file a memorandum of law in opposition thereto. by Lois Russo.(Badway, Eva) (Entered: 10/30/2006) |
| 10/31/2006 |  | Judge William G. Young : Electronic ORDER entered GRANTING 11 MOTION for Order to schedule December 10, 2006 as the date for petitioner to file a memorandum in support of petition for a writ of habeas corpus and January 10, 2007 as the date for the respondent to file a memorandum of law in opposition thereto. (Paine, Matthew) (Entered: 10/31/2006) |
| 11/29/2006 | 12 | MOTION for Extension of Time to File Memorandum of Law by John R. Hallums, Jr.(Paine, Matthew) (Entered: 11/29/2006) |
| 11/30/2006 |  | Judge William G. Young : Electronic ORDER entered GRANTING 12 MOTION for Extension of Time to File Memorandum of Law Until January 10, 2007. (Paine, Matthew) (Entered: 11/30/2006) |
| 12/21/2006 | 13 | MEMORANDUM OF LAW in Support re 1 Petition for writ of habeas corpus (28:2254), by John R. Hallums, Jr. (Paine, Matthew) (Entered: 12/21/2006) |
| 01/04/2007 | 14 | MEMORANDUM OF LAW in Opposition re 1 Petition for writ of habeas corpus (28:2254) . (Badway, Eva) (Entered: 01/04/2007) |
| 06/14/2007 | 15 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: As None of the Claims Presented by Hallums Supports the Grant of a Petition for a Writ of Habeas Corpus, His Petition Doc. No. 1 is DENIED. (Paine, Matthew) (Entered: 06/14/2007) |
| 06/22/2007 | 16 | NOTICE OF APPEAL as to 15 Memorandum & ORDER by John R. Hallums, Jr NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 7/12/2007. (Paine, Matthew) (Entered: 06/25/2007) |