```
          JOHN R. HALLUMS JR. #W69281
              ONE ADMINISTRATION RD.
              BRIDGEWATER MA. 02324
```

JULY 9, 2007

United States District Court
Ofice Of The Clerk
One Court House Way (2900)
Boston MA. 02324

*U.S. DISTRICT COURT DISTRICT OF MASS.  2007 JUL 12 A 11: 37  FILED IN CLERKS OFFICE*

RE: HALLUMS V. RUSSO, 05cv11171

Dear Ckerk,

    I am writing in the concern of the above action that was befor this court.
    I am trying to find out what is the status fo my Certificate Of Appealabilty in the hands of Judge William G. Young, I did not recieve any thing from the court if I Granted this from him or not. I am awaiting in the Appeals courts so I need to know if I receive the certificate of appealabilty or not from the judge.
    Can you please look into this matter I sent my Notice of Appeal on June 06, 2007, I shoud have recieve something in this regards so I can move on with my Appeal.
    Thank you very much for your time and concern on this very important matter at hand.

                                                    Respectfully Submitted,

                                                  John R. Hallums Pro-Se
                                                  MCI- O.C.C.C.
                                                  1 Administration Road
                                                  Bridgewater, MA. 02324

                                                        07-09-07