UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN HALLUMS

V.

LOIS RUSSO

CIVIL ACTION
No. 05-11171-WGY

### REQUEST FOR A CERTIFICATE OF APPEALABILITY

JOHN R. HALLUMS, the petitioner, acting pro se, hereby gives from the order of this court ( Young, W.) dismissing his petition for a writ of habeas corpus, on June 14, 2007, and further request that a certificate of appealability issue, pursuant to 28 U.S.C. § 2253, where reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were "adequate to deserve encouragement to proseed further." Barefoot v. Estelle, 463 U.S. 880 (1983), and Slack v. McDaniels, 529 U.S. 473, 483-84 (2000).

RESPECTFULLY SUBMITTED,

JOHN HALLUMS, PRO-SE
One Administration Rd.
Bridgewater, MA. 02324

DATED: 07·17·07

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

(CERTIFICATE OF SERVICE)

I, JOHN HALLUMS, PRO-SE, petitioner hereby certify that on this __17__ day of __July__, year __2007__, I did indeed serve a copy of the same to the Attorney Generals Office Asst. Eva M. Badway, One Ashburton Place, Boston, MA. 02108-1698, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,

__John Hallums__
JOHN HALLUMS, PRO-SE
ONE ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

DATED: __07-17-07__