# United States Court of Appeals
## For the First Circuit

No. 07-2029
MA DC No. 05-cv-11171

JOHN HALLUMS
Petitioner - Appellant

v.

LOIS RUSSO
Respondent - Appellee

ORDER OF COURT
Entered: August 6, 2007
Pursuant to 1st Cir. R. 27(d)

This court has docketed appellant's appeal from the denial of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 20, 2007, the district court electronically granted appellant's request for a certificate of appealability. Pursuant to Local Rule 22.1 "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253 (c)(2)."

We now transmit copies of appellant's request for a certificate of appealability and request that it specify as to which issues the certificate was granted. See Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[Certified copy to the Honorable William G. Young, Sarah Thornton, Clerk, USDC and cc: Mr. Hallums, Ms. Badway]

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN HALLUMS | CIVIL ACTION |
| v. | No. 05-11171-WGY |
| LOIS RUSSO | |

### REQUEST FOR A CERTIFICATE OF APPEALABILITY

JOHN R. HALLUMS, the petitioner, acting pro se, hereby gives from the order of this court ( Young, W.) dismissing his petition for a writ of habeas corpus, on June 14, 2007, and further request that a certificate of appealability issue, pursuant to 28 U.S.C. § 2253, where reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were "adequate to deserve encouragement to proseed further." Barefoot v. Estelle, 463 U.S. 880 (1983), and Slack v. McDaniels, 529 U.S. 473, 483-84 (2000).

RESPECTFULLY SUBMITTED,

John Hallums

JOHN HALLUMS, PRO-SE
One Administration Rd.
Bridgewater, MA. 02324

DATED: 07·17·07

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

(CERTIFICATE OF SERVICE)

I, JOHN HALLUMS, PRO-SE, petitioner hereby certify that on this 17 day of July, year 2007, I did indeed serve a copy of the same to the Attorney Generals Office Asst. Eva M. Badway, One Ashburton Place, Boston, MA. 02108-1698, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,

John Hallums
JOHN HALLUMS, PRO-SE
ONE ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

DATED: 07-17-07