# United States Court of Appeals
## For the First Circuit

No. 07-2029

JOHN R. HALLUMS, JR.,

Petitioner - Appellant,

v.

LOIS RUSSO,

Respondent - Appellee.

**ORDER OF COURT**
**Entered: September 17, 2007**
**Pursuant to 1st Cir. R. 27.0(d)**

Appellant's Motion to proceed on appeal in forma pauperis ("IFP") along with the financial affidavit and prison trust account statement in forma pauperis is transmited to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 9/17/07

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By: _____
Margaret Carter, Chief Deputy Clerk

[Certified copies: Honorable William G. Young, Sarah A. Thornton, Clerk of Court for the District Court of Massachusetts]

[cc: Eva M. Badway, Esq., John R. Hallums, Jr., defendant]

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



MOTION TO WAIVE THE FILING FEE(S)

Now comes the Petitioner John Hallums, request that this Honorable Court acept this motion to proceed without prepayment of fee(s). Under 28 U.S.C. § 1915, I declare that I am **Indigent** and unable to pay the cost of these proceedings.

RESPECTFULLY SUBMITTED,

John Hallums
JOHN R. HALLUMS-PRO-SE
ONE ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

DATED: 08-07-07

# United States District Court

_____ DISTRICT OF _____

John Hallums
Plaintiff

v.

Defendant

Lois Russo

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

2007 AUG -9 P 1:25

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

CASE NUMBER: 08-1171 (WDGY)

I, John Hallums, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

Are you currently incarcerated?:   ☑ Yes    ☐ No    (If "No" go to Part 2)

If "Yes" state the place of your incarceration   M.C.I  O,C,C,C,

Are you employed at the institution? NO    Do you receive any payment from the institution? NO

Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

Are you currently employed?    ☐ Yes    ☑ No

a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

I have been Incarcerated (1999) until Now.

In the past 12 twelve months have your received any money from any of the following sources?

a. Business, profession or other self-employment    ☐ Yes  ☑ No
b. Rent payments, Interest or dividends              ☐ Yes  ☑ No
c. Pensions, annuities or life insurance payments    ☐ Yes  ☑ No
d. Disability or workers compensation payments       ☐ Yes  ☑ No
e. Gifts or Inheritances                             ☐ Yes  ☑ No
f. Any other sources                                 ☐ Yes  ☑ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

## COMMONWEALTH OF MASSA   USETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070802 14:30

| | | |
|---|---|---|
| Commit# : | W69281 | OLD COLONY CORRECTIONAL CENTER |
| Name : | HALLUMS, JOHN, , | Statement From  20020101 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To  20070802 |
| Block : | ORIENTATION UNIT | |
| Cell/Bed : | 106 /T | |

Page: 17

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061004 21:08 | PY - Payroll | 7456856 | | OCC | ~20060917 To 20060923 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061004 21:08 | PY - Payroll | 7456857 | | OCC | ~20060917 To 20060923 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061011 21:09 | PY - Payroll | 7493894 | | OCC | ~20060924 To 20060930 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061011 21:09 | PY - Payroll | 7493895 | | OCC | ~20060924 To 20060930 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061017 22:30 | CN - Canteen | 7523728 | | OCC | ~Canteen Date : 20061017 | $0.00 | $29.42 | $0.00 | $0.00 |
| 20061018 21:08 | PY - Payroll | 7529699 | | OCC | ~20061001 To 20061007 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061018 21:08 | PY - Payroll | 7529700 | | OCC | ~20061001 To 20061007 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061020 12:11 | CI - Transfer from Club to Inmate A/c | 7546495 | | OCC | ~REFUND 10/16/06~W69281 HALLUMS,JOHN PERSONAL~KCN WASH ACCOUNT - Z5 | $1.72 | $0.00 | $0.00 | $0.00 |
| 20061020 12:11 | TI - Transfer from Institution | 7546496 | | STH | ~Associate Receipt Number is 7546495 | $0.00 | $1.72 | $0.00 | $0.00 |
| 20061020 12:11 | TI - Transfer from Institution | 7546497 | | OCC | ~Associate Receipt Number is 7546495 | $1.72 | $0.00 | $0.00 | $0.00 |
| 20061024 22:30 | CN - Canteen | 7558614 | | OCC | ~Canteen Date : 20061024 | $0.00 | $5.97 | $0.00 | $0.00 |
| 20061025 21:13 | PY - Payroll | 7563747 | | OCC | ~20061008 To 20061014 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061025 21:13 | PY - Payroll | 7563748 | | OCC | ~20061008 To 20061014 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061101 21:08 | PY - Payroll | 7598280 | | OCC | ~20061015 To 20061021 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061101 21:08 | PY - Payroll | 7598281 | | OCC | ~20061015 To 20061021 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061107 22:30 | CN - Canteen | 7632368 | | OCC | ~Canteen Date  20061107 | $0.00 | $19.38 | $0.00 | $0.00 |
| 20061108 21:06 | PY - Payroll | 7639326 | | OCC | ~20061022 To 20061028 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061108 21:06 | PY - Payroll | 7639327 | | OCC | ~20061022 To 20061028 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061109 17:05 | IS - Interest | 7655487 | | OCC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7655488 | | OCC | | $0.00 | $0.00 | $0.90 | $0.00 |
| 20061114 22:30 | CN - Canteen | 7684672 | | OCC | ~Canteen Date  20061114 | $0.00 | $11.50 | $0.00 | $0.00 |
| 20061115 21:07 | PY - Payroll | 7691875 | | OCC | ~20061029 To 20061104 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061115 21:07 | PY - Payroll | 7691876 | | OCC | ~20061029 To 20061104 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061115 21:08 | PY - Payroll | 7692230 | | OCC | ~20061029 To 20061104 | $0.50 | $0.00 | $0.00 | $0.00 |
| 20061115 21:08 | PY - Payroll | 7692231 | | OCC | ~20061029 To 20061104 | $0.00 | $0.00 | $0.50 | $0.00 |
| 20061120 22:30 | CN - Canteen | 7719754 | | OCC | ~Canteen Date : 20061120 | $0.00 | $5.61 | $0.00 | $0.00 |
| 20061122 21:07 | PY - Payroll | 7730576 | | OCC | ~20061105 To 20061111 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061122 21:07 | PY - Payroll | 7730577 | | OCC | ~20061105 To 20061111 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061128 22:30 | CN - Canteen | 7753064 | | OCC | ~Canteen Date  20061128 | $0.00 | $20.05 | $0.00 | $0.00 |
| 20061129 21:12 | PY - Payroll | 7757494 | | OCC | ~20061112 To 20061118 | $4.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20070802 14:30

| Commit# : | W69281 | | | | | OLD COLONY CORRECTIONAL CENTER | | | Page: | 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Name : | HALLUMS, JOHN, , | | | | | Statement From | 20020101 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | | To | 20070802 | | | |
| Block : | ORIENTATION UNIT | | | | | | | | | |
| Cell/Bed : | 106 /T | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20061129 21.12 | PY - Payroll | 7757495 | | OCC | ~20061112 To 20061118 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061130 10.06 | IC - Transfer from Inmate to Club A/c | 7768162 | | OCC | ~OCCC AFRICAN AMERICAN COALITION - Z167~OCCC AFRICAN AMERICAN COALITION - Z167 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061206 21:09 | PY - Payroll | 7799768 | | OCC | ~20061119 To 20061125 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061206 21:09 | PY - Payroll | 7799769 | | OCC | ~20061119 To 20061125 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061207 16:34 | IS - Interest | 7816957 | | OCC | | $0.23 | $0.00 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7816958 | | OCC | | $0.00 | $0.00 | $0.98 | $0.00 |
| 20061212 22 30 | CN - Canteen | 7852124 | | OCC | ~Canteen Date : 20061212 | $0.00 | $16.40 | $0.00 | $0.00 |
| 20061213 21 07 | PY - Payroll | 7857452 | | OCC | ~20061126 To 20061202 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20061213 21:07 | PY - Payroll | 7857453 | | OCC | ~20061126 To 20061202 | $0.00 | $0.00 | $4.50 | $0.00 |
| 20061220 21 05 | PY - Payroll | 7896368 | | OCC | ~20061203 To 20061209 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20061220 21:05 | PY - Payroll | 7896369 | | OCC | ~20061203 To 20061209 | $0.00 | $0.00 | $3.00 | $0.00 |
| 20061220 21:07 | PY - Payroll | 7896819 | | OCC | ~20061203 To 20061209 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20061220 21:07 | PY - Payroll | 7896820 | | OCC | ~20061203 To 20061209 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20061226 22:30 | CN - Canteen | 7928193 | | OCC | ~Canteen Date : 20061226 | $0.00 | $4.73 | $0.00 | $0.00 |
| 20061227 21.11 | PY - Payroll | 7932647 | | OCC | ~20061210 To 20061216 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20061227 21 11 | PY - Payroll | 7932648 | | OCC | ~20061210 To 20061216 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070103 21:10 | PY - Payroll | 7968987 | | OCC | ~20061217 To 20061223 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070103 21 11 | PY - Payroll | 7968988 | | OCC | ~20061217 To 20061223 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070104 16 10 | IS - Interest | 7986857 | | OCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20070104 16.10 | IS - Interest | 7986858 | | OCC | | $0.00 | $0.00 | $1.14 | $0.00 |
| 20070110 21.11 | PY - Payroll | 8028007 | | OCC | ~20061224 To 20061230 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070110 21.11 | PY - Payroll | 8028008 | | OCC | ~20061224 To 20061230 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070117 21.12 | PY - Payroll | 8062670 | | OCC | ~20061231 To 20070106 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070117 21:12 | PY - Payroll | 8062671 | | OCC | ~20061231 To 20070106 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070123 22 30 | CN - Canteen | 8090561 | | OCC | ~Canteen Date . 20070123 | $0.00 | $28.38 | $0.00 | $0.00 |
| 20070124 21:07 | PY - Payroll | 8096535 | | OCC | ~20070107 To 20070113 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070124 21.07 | PY - Payroll | 8096536 | | OCC | ~20070107 To 20070113 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070130 22 30 | CN - Canteen | 8125720 | | OCC | ~Canteen Date : 20070130 | $0.00 | $11.32 | $0.00 | $0.00 |
| 20070131 21:10 | PY - Payroll | 8129742 | | OCC | ~20070114 To 20070120 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070131 21:10 | PY - Payroll | 8129743 | | OCC | ~20070114 To 20070120 | $0.00 | $0.00 | $6.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20070802 14:30

| Commit# : | W69281 | | | OLD COLONY CORRECTIONAL CENTER | | | Page. 19 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | HALLUMS, JOHN, , | | | Statement From | 20020101 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20070802 | | |
| Block : | ORIENTATION UNIT | | | | | | |
| Cell/Bed : | 106 /T | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Income | Expense | Income | Expense |
| 20070207 21:12 | PY - Payroll | 8171165 | | OCC | ~20070121 To 20070127 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070207 21:12 | PY - Payroll | 8171166 | | OCC | ~20070121 To 20070127 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20070212 16:01 | IS - Interest | 8201179 | | OCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20070212 16:01 | IS - Interest | 8201180 | | OCC | | $0.00 | $0.00 | $1.29 | $0.00 |
| 20070214 21:07 | PY - Payroll | 8227427 | | OCC | ~20070128 To 20070203 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070214 21:07 | PY - Payroll | 8227428 | | OCC | ~20070128 To 20070203 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070221 21:10 | PY - Payroll | 8260485 | | OCC | ~20070204 To 20070210 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070221 21:10 | PY - Payroll | 8260486 | | OCC | ~20070204 To 20070210 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070227 22:30 | CN - Canteen | 8291719 | | OCC | ~Canteen Date : 20070227 | $0.00 | $23.08 | $0.00 | $0.00 |
| 20070228 21:14 | PY - Payroll | 8295639 | | OCC | ~20070211 To 20070217 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070228 21:14 | PY - Payroll | 8295640 | | OCC | ~20070211 To 20070217 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070307 21:11 | PY - Payroll | 8338094 | | OCC | ~20070218 To 20070224 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070307 21:11 | PY - Payroll | 8338095 | | OCC | ~20070218 To 20070224 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8380280 | | OCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20070314 16:41 | IS - Interest | 8380281 | | OCC | | $0.00 | $0.00 | $1.32 | $0.00 |
| 20070327 22:30 | CN - Canteen | 8458728 | | OCC | ~Canteen Date : 20070327 | $0.00 | $12.44 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8595280 | | OCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20070419 15:46 | IS - Interest | 8595281 | | OCC | | $0.00 | $0.00 | $1.62 | $0.00 |
| 20070509 15:53 | IS - Interest | 8711707 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8711708 | | OCC | | $0.00 | $0.00 | $1.57 | $0.00 |
| 20070612 08:41 | AT - Account Transfer | 8899443 | | OCC | ~W69281 HALLUMS,JOHN PERSONAL | $37.91 | $0.00 | $0.00 | $37.91 |
| 20070614 15:58 | IS - Interest | 8926182 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20070614 15:58 | IS - Interest | 8926183 | | OCC | | $0.00 | $0.00 | $1.04 | $0.00 |
| 20070710 22:30 | CN - Canteen | 9070486 | | OCC | ~Canteen Date : 20070710 | $0.00 | $36.83 | $0.00 | $0.00 |
| 20070711 15:54 | IS - Interest | 9078140 | | OCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20070711 15:54 | IS - Interest | 9078141 | | OCC | | $0.00 | $0.00 | $0.82 | $0.00 |
| 20070717 22:30 | CN - Canteen | 9124601 | | OCC | ~Canteen Date : 20070717 | $0.00 | $1.16 | $0.00 | $0.00 |
| | | | | | | $3,069.23 | $3,068.94 | $593.47 | $371.37 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20070802 14:30

| | | | | Page : 20 |
|---|---|---|---|---|
| Commit# : | W69281 | | OLD COLONY CORRECTIONAL CENTER | |
| Name   : | HALLUMS, JOHN, , | Statement From | 20020101 | |
| Inst   : | OLD COLONY CORRECTIONAL CENTER | To | 20070802 | |
| Block  : | ORIENTATION UNIT | | | |
| Cell/Bed : | 106 /T | | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.29 | $222.10 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.29 | $222.10 | $0.00 | $0.00 | $0.00 | $0.00 |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

(CERTIFICATE OF SERVICE)

I, JOHN HALLUMS, PRO-SE, petitioner hereby certify that on this **August** day of **07**, year **2007**, I did indeed serve a copy of the same to the Attorney Generals Office Asst. Eva M. Badway, One Ashburton Place, Boston, MA. 02108-1698, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,

*John Hall*
JOHN HALLUMS, PRO-SE
ONE ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

DATED: **08-07-07**