UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN R. HALLUMS,
PETITIONER.

-vs-

LOIS RUSSO,
RESPONDENT.

FILED
IN CLERKS OFFICE

2007 SEP 28  A 11:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NUMBER:
2005-CV-11171

## MOTION TO SATISFY AND SPECIFY THE CERTIFICATE OF APPEALABILITY

Now comes the petitioner in the above-entitled case at bar, and prays that this Honorable Court state which issues satisfy and specify as to which issues the Certificate was granted set fourth in 28 U.S.C. 22253(c)(2) and F.R.Civ.Pro 22.1(b).

WHEREFORE, the petitioner prays that this motion be granted and its terms adopted immediately, on or before October 4, 2007.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25 DAY OF SEPTEMBER, 2007.

RESPECTFULLY SUBMITTED,

/s/ John Hallums
JOHN R. HALLUMS, PRO SE
MCI-OCCC / W69281
1 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324-3230

DATED: 9.25.07

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

(CERTIFICATE OF SERVICE)

I, JOHN HALLUMS, PRO-SE, petitioner hereby certify that on this __09__ day of __24__, year __07__, I did indeed serve a copy of the same to the Attorney Generals Office Asst. Eva M. Badway, One Ashburton Place, Boston, MA. 02108-1698, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,

/s/ John Hall
JOHN HALLUMS, PRO-SE
ONE ADMINISTRATION RD.
BRIDGEWATER, MA. 02324

DATED: __09.24.07__

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No.   07-2029
DC No.05-cv-11171

JOHN R. HALLUMS, JR.
Petitioner - Appellant

v.

LOIS RUSSO
Respondent - Appellee

**ORDER OF DEFAULT**
Entered: September 20, 2007
Pursuant to 1st Cir. R. 27(d)

On July 13, 2007, this court notified appellant that this case could not go forward unless a certificate of appealability issues. The appellant was directed to file an application for a certificate of appealability in the district court and to file a status report with this court. On July 19, 2007, the district court docket reflects that a request for a certificate of appealability was filed. However, this court has not received a status report every thirty days.

The appellant is in default as to this request. **The appellant is directed to file a status report in the court of appeals by October 4, 2007, and every thirty days thereafter until the district court rules on the request for a certificate of appealability. We further order appellant to inform this court immediately once the district court reaches a decision on the application for a certificate.**

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: Mr. Hallums, Ms. Badway]