JOHN R. HALLUMS #w69281
S.B.C.C.
P.O. BOX 8000
SHIRLEY, M.A. 01464

FILED
IN CLERKS OFFICE

2007 OCT 30 P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1 COURTHOUSE WAY, SUITE #2300
BOSTON, MA. 02210


RE: JOHN HALLUMS V. LOIS RUSSO;
    No. CV-05-11171


Dear Sir/Madam,

    Pursuant to the above-entitled case at bar, I am writing in regards to the Certificate of Appealibility granted by judge Young, W, on July, 20, 2007,. I filed a Motion to Satisfy the Certificate of Appealibility on September, 25, 2007, and it was never answer as of today.
    This a letter in the regards of Order of Default by the Court of Appeals that I am directed to file a status report in the Court of Appeals every thirty days until the district court rules on the request and reaches a decision on the application of certificate.
    Can you please respond to this letter in a timely fashion for the Appeals Court awaits me and your respose to this Order issued.
    Thank you for your time, attention to the immediate and the assistance regarding the hereinabove, for I await your earliest response.


RESPECTFULLY SUBMITTED,

John Hall
JOHN R. HALLUMS, PRO-SE
P.O. BOX 8000
SHIRLEY, MA. 01464

10.30.07

JRH/File
Encls.
cc:
Attorney General (E.M.B.)

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

I, JOHN HALLUMS, PRO-SE, Petitioner hereby certify that on this day 10/30 Day 2007, Year, I did indeed serve a copy of the same to the Attorny Generals Office Office Asst. Eva M. Badway, One Ashburton Place, Boston, MA. 02108-1698, by first class mail postage prepaid.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED,

*/s/ John Hal*

JOHN HALLUMS PRO-SE
S.B.C.C #W69281
P.O. BOX 8000
SHIRLEY, MA. 01464

DATED 10/30/07