John Hallums #W69281
S.C.C.-MCI
P.O. Box 800
Shirley, MA. 01464

FILED
IN CLERKS OFFICE
2007 OCT 30 P 12:54
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office of the Clerk
One Courthouse Way #2300
Boston, MA 02210

RE: John Hallums v. Lois Russo,
    No. CV-05-11171

Dear Sir/Madam,

    Pursuant, to the above-entitle case at bar, the Petitioner has indeed moved to another MCI facility and is indeed informing this court of his new Address:

Sincerly
John Hall
John Hallums, Pro se
P.O. Box 8000
Shirley, MA 01464