JOHN R. HALLUMS #W69281
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA. 01464
11-11-07

FILED
IN CLERKS OFFICE

2007 NOV 14 A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ONE COURTHOUSE WAY
BOSTON, MA. 02210

Dear Sir/Madam,

RE: JOHN HALLUMS V. LOIS RUSSO;
     No 05-cv-11171-WGY

    Persuant to the above title above, I am writing in a request of a complete copy of my CIVIL DOCKETCASE REPORT, A COPY OF MY NOTICE OF APPEAL #16,06-22-07, and also A COPY OF THE THE ORDER OF THE DENIED PETITION FOR A WRIT OF HABEAS CORPUS #15,06-14-07, just the order not the Memorandum of law.
    I am in a need of these titles for the fact that I have been transfer to a new MCI-DOC, and have not recieved all my proprtey for I am going through sooe legal issues because of some missing preoperty including alot of my lagal material.
    Thank you, for your time and concern on this very important matter at hand, and I do await for your earliest response to these matters, Thank You!

RESPECTFULLY SUBMTTED,

JOHN HALLUMS, PRO-SE
P.O. BOX 8000
SHIRLEY, MA. 01464

11-11-07

Cc./File
JRH/jrh
Attn. Gen./EMB.