# United States Court of Appeals
## For the First Circuit

---

No. 07-2029

JOHN R. HALLUMS, JR.,

Petitioner, Appellant,

v.

LOIS RUSSO,

Respondent, Appellee.

---

Before

Boudin, <u>Chief Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

---

**JUDGMENT**
**Entered: June 6, 2008**

Petitioner John R. Hallums, Jr. appeals the district court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. After carefully reviewing the parties' arguments, we affirm substantially for the reasons set out by the district court in its June 14, 2007 memorandum and order.

<u>Affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
John R. Hallums, Jr.
Eva M. Badway